# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

**IN RE: DEBORAH LINVILLE NORTHCUTT**            **DEBTOR**
                                                 **CASE NO.  10-20738**

## CERTIFICATE OF SERVICE

I hereby certify that the Order suspending payments dated April 20, 2010 was served by electronic filing to Hon. Beverly Burden, Ch. 13 Trustee, US Trustee, and all others requesting electronic notice on April 20, 2010; and by first class mail, postage pre-paid to all creditors on the matrix on April 21, 2010.

\s\Delores Woods Baker
DELORES WOODS BAKER, PSC
Counsel for Debtor
134 West Third Street
Maysville, Kentucky  41056
(606) 564-7969